# First District Court of Appeal
## State of Florida

_____

No. 1D2022-4020
_____

Donald Hall,

    Appellant,

    v.

Ricky D. Dixon, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.

January 16, 2024


Per Curiam.

    Affirmed.

Bilbrey, Winokur, and Tanenbaum, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Donald Hall, pro se, Appellant.

Ashley Moody, Attorney General, Heather Flanagan Ross, Assistant Attorney General, and Sheron Wells, Assistant Attorney General, Tallahassee; Dan Johnson, General Counsel, Department of Corrections, Tallahassee, for Appellee.